

# CORPORATION FILE DETAIL REPORT

| File Number | 62551178 | | |
|---|---|---|---|
| Entity Name | PARK BLVD. INVESTMENT, LTD. | | |
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 11/26/2002 | State | ILLINOIS |
| Agent Name | WALTER A. ASCHER | Agent Change Date | 11/26/2002 |
| Agent Street Address | 225 E IRVING PARK RD | President Name & Address | WALTER ASCHER 225 E IRVING PARK RD ROSELLE 60172 |
| Agent City | ROSELLE | Secretary Name & Address | INVOLUNTARY DISSOLUTION 04 14 17 |
| Agent Zip | 60172 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2016 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE